

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00839-CV

In the **Interest of H.A.R.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010PA00494
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 9, 2011

DISMISSED

Joseph R. filed a notice of appeal from the trial court's judgment terminating his parental rights. He did not file a statement of appellate points in the trial court. *See* TEX. FAM. CODE ANN. § 263.405(c) (West 2008) (requiring a party intending to appeal a final termination order to file a statement of appellate points in the trial court not later than the fifteenth day after the final order is signed by the trial court). Accordingly, we ordered him to file by December 27, 2010, a list of the issues he intends to raise on appeal, including a brief summary of the grounds supporting each issue. *See id.* § 263.405(i) ("appellate court may not consider any issue that was not specifically presented to the trial court in a timely filed statement of the points on which the party intends to appeal..."); *Interest of J.O.A.*, 283 S.W.3d 336 (Tex. 2009)(explaining

circumstances under which due process authorizes consideration of issues not included in statement of appellate points). When appellant failed to comply with our order, we again ordered him to file a list of the issues he intended to raise on appeal, and advised appellant that if he failed to do so by January 20, 2011, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has not filed a list of issues or otherwise responded to our orders. We therefore dismiss the appeal.

PER CURIAM